IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| JUUL LABS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:18-cv-1382 |
| JAIDEN ZEIGLER, ET AL., | ) |
| Defendants. | ) |

**ORDER**

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated June 11, 2019, in response to Plaintiff's Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b). Defendants have not filed objections, and the time for filing such objections has lapsed.

Based on a de novo review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that default judgment is GRANTED in favor of Plaintiff, Juul Labs, Inc., against Defendant, Nat Caruso ("Caruso"), for trademark infringement and counterfeiting, false designation of origin, and trademark dilution;

ORDERED that a monetary judgment of $4,000,000.00 in statutory damages is entered against Caruso for infringing Plaintiff's marks;

ORDERED that Caruso is hereby permanently enjoined from making, using, selling, or offering for sale unauthorized products containing Plaintiff's trademarks;

ORDERED that PayPal, Inc. shall release to Plaintiff the monies currently restrained in Caruso's financial accounts as partial payment of the above-identified damages within five (5) business days of receipt of this Order; and

ORDERED that, until Plaintiff has recovered full payments of monies owed to it by Caruso, Plaintiff shall have an ongoing authority to serve this Order on PayPal in the event that any new PayPal accounts controlled or operated by Caruso are identified. Upon receipt of the Order, PayPal shall within two (2) business days:

  a. Locate all accounts and funds connected to Caruso or Caruso's Internet Stores, including those listed in the memorandum of law in support of Plaintiff's Motion for Default Judgment (Dkt. 73);

  b. Restrain and enjoin such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Caruso's assets; and

c. Release all monies restrained in Caruso's PayPal accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 27, 2019

3